[No. 29317-3-III.   Division Three.   July 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY R.G. REEDY, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-1-00068-1, John M. Antosz, J., entered July 9, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29406-4-III.   Division Three.   July 14, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY SCOTT DUPRIE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-00898-6, Salvatore F. Cozza, J., entered September 17, 2010. *Reversed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 63416-0-I.   Division One.   July 18, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ALAN CHAPPELLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04308-6, Christopher A. Washington, J., entered April 13, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Becker, J., concurred in by Grosse and Ellington, JJ.

[No. 63592-1-I.   Division One.   July 18, 2011.]

BEARRACH MCMONAGLE ET AL., *Respondents*, v. DAVID ALLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-02463-4, John M. Meyer, J., entered May 7, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Lau, JJ.